[No. 9256–5–II. Division Two. April 23, 1987.]

JOHN AYDELOTTE, ET AL, *Appellants*, v. ARTHUR AUDETTE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 10853, Grant S. Meiner, J., entered April 20, 1984. *Reversed* by unpublished opinion per Pear-

son, J. Pro Tem., concurred in by Utter and Williams, JJ. Pro Tem.